

# Fourth Court of Appeals
## San Antonio, Texas

May 11, 2016

No. 04-15-00758-CV

**IN THE INTEREST OF K.A.D.K. AND J.B.L.E.**, Children,

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 14-10-0616-CVW
Melissa Uram-Degerolami, Judge Presiding

## O R D E R

Sitting:      Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Jason Pulliam, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of May, 2016.

_____
Keith E. Hottle
Clerk of Court